E-FILED
Tuesday, 29 April, 2014 08:06:56 AM
Clerk, U.S. District Court, ILCD

IN The UNITED STATES DiSTRiCT COURT

Origional for Court

for The Central DiSTRiCT of ILLinois

Peoria Division

DaRRen Wilson #N95724
Plaintiff
V.S
ILLinois, Department of Corrections

Morrow, Correctional officer

Berry Bankert, chief, Engineer

K. AKbore Warden, other unknown
Employee, in Their Defendant
Indivdual and offical Capacities.
Defendants

Case No    14-1162

FILED
APR 28 2014
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## ComPLiNT

### I. FEDERAL JurisDiCTion

o This civil action is authorized under 42. U.S.C. 1983 The Civil Right Act and the united States constitution, as to the deprivation of rights Secured by laws and Statutes The Eighth Amendment against cruel and unusual Punishment deliberate indifference and unconstitionl to and living Condition Thats detriment to a future health, Safty and long Term risk of further Health Conditions were a Health Care System and environ mental Conditions and Practices of State Prison (Hill CC) Violated Eighth and fourteeth Amendments of the constitution in that led to unnecessary Suffering to the Plaintiff and in light of Deliberate indifference and misadministration of Prison officals which was So gross as to be deemed Wilful. the officals were enjoined from refusing or failing to Provide Minimum Health Care Services and were required to Submit a detailed Plan on how to bring the Prison living Conditions System into Compliance with minimum Constitutional levels of Care to a Serious living Conditions needs That Cause further harm to a Serious medical needs. This Honorable Court has jurisdiction under 28 u.s.c 1331 and 42. u.s.c. 1343(a)(R).

2. The Central District of ILLinois is an affloñiate venue under 28 u.s.c 1391(b)(2)

2) because the ILLinois Department of Corrections is headquartered in Springfield IL, as well as most of the other defendants in this Action. Plaintiff DaRRen Wilson is and was at all time herein a Prisoner at Hill C.C.    (1)  Galesburg IL 61401 Knox County

# FACTS

3. on September 2, 2012 Plaintiff Was Place in Segregation in cell #19. The cell had No Working Lights WatER Leak coming out the Walls and flooR and also medal sticking up out the cell flooR. on September 22, 2012 Plaintiff Fell in the cell and injured his self due to unsafe living conditions of The cell and Plaintiff ask to Be move But Was Denied By Officer's and Warden, and maintenace Delayed Work orders issue. order Was Completed After Fact Plaintiff fell.

# ComPlainT

4. Defendant Morrow at all times herein ComPlained Was Hill c.c officeR Who Works Five days a Week on 3/11 shift. Plaintiff ComPlained Everyday to officer Morrow about the Cell Conditions, No Lights, Water Leak, medal sticking out the flooR, and on September 12, 2012 Plaintiff ask officer morrow along With other officers to move him to another Cell until Work order completed. officer morrow states he Put Work order in Maintenance mail Box Personally, Then he stated he Cant move me to another cell and lights and Cell assignments aRe Controlled by security (See Ex 1, at section #2) officeR morrow aRe Seurity, and was aWare of cell Conditons aNd he Did nothing to help Plaintiff. Now Ten (10) days have Passed By and MaintenAnce still have not Complete Work order officer morrow Claims

②

he Put in There mail Box. on September 22, 2012, While Coming To the Cell door When officer Morrow Came to Pick up the food Trays, my Pants Leg got Cought on the medal Sticking out the floor and I TRiPed and Lost my Balance Then Slip in the Water Coming out the floor. I could not See Because The Cell Lights Was not Working. I fell in the Water and injured my Self, See (EX 2-3). Defendant morrow along With a Nurse helPed me uP off The Cell floor, Then he Push me to healthCare in a WheelChair. I Was only able to Stand minimal due To Swelling in my Knee (See EX 2-3→)(injury Rebort.) Later Plaintiff Was Push BacK to his Cell in the Wheelchair By ~~~ Defendant morrow Who Then Put Plaintiff BacK in the Same Cell With Water LeaK No Lights and medal Sticking out The Cell floor, morrow Was aWare of Cell Conditions, September 12, 2012 The day he States Plaintiff ComMainted to him (See EX 1) and September 22, 2012 The day Plaintiff fell due to The Conditions of Seg Cell #19, morrow Denied Plaintiff Cell Change By Stating Lights and Celling Assignments Security, morrow ResPonded to Plaintiff emergency GrieVance By Admitting Plaintiff did tell him about the Cell Condition on September 12, 2012 But morrow Put Everything off on Maintenance By Stating he ~~issue~~ WorKorder on 9-12-12 in maintenence mail Box Personally, ~~~ morrow acting under Color of State law and Was deliberately indifferent To Plaintiff Serious liVing Conditions need

③

That Cause a Serious medical need. When I fell he Place me Back in Harms Way.

5. Plaintiff Wrote emergency Grievance # 13-0286 to the Warden Requesting to move to another Cell due to the unSafe Condition of the Cell, Water Leak, No Lights and medal Sticking out the cell floor. This Was emergency matter. Thats Why Emergency Review Box Check off as Emergency (see EX1) and his officer Admids Plaintiff Complainted about Conditions of Cell. But The Warden Still Denied Plaintiff Grievance and did not move Plaintiff. out of The unSafe living conditions .

6. Defendant, K, Akpore at all times herein Complained Was the Warden at Hill C.C. and Was Made aware of the unSafe living Conditions of Seg Cell #19 When Plaintiff filed Emergency Grievance on 9-22-12 and Put The Warden on Notice of The Cell Conditions No Lights Water Leak and medal Sticking out the floor Tripping Plaintiff and Causing him to Slip in the Water Coming out the floor Which Plaintiff did not See Because No Lights, But Still Denied Plaintiff Grievance (See Ex 1 ) also The medal Sticking out The Cell floor Still Remain There Today, Plaintiff Was not move out That unSafe Cell until October 1, 2012 The day Plaintiff Was Let out of Seg. Akpore Was acting under Color of State law and Was deliberately indifferent to Plaintiff Serious living Conditions Cause a Serious medical need. The Warden Responsible for all inmates.

(4)

7. Plaintiff Wrote A Letter questing The maintenance Dates Work order Was issue By officer Morrow. Plaintiff Wrote his first Letter to maintenance Supervior on Febuary 1,2013 and maintenance Supervior Responded to my Letter With Dates Work Order Was issue and Completed The Dates Maintenance Listed Was 9-22-12 Water Leak issue and Completed on 9-25-12. Then on 9-24-12 Lights order issue and Completed on 9-25-12. So on 3-4-13, Plaintiff Wrote maintenance Supervior again But This time Plaintiff Listed all the Dates order issue and Completed By maintenance Then Plaintiff ask maintenance Supervior to Send a memo Stating if The Dates Work order issue and Complet are Right. (See ~~Ex 1-3~~) (See Ex 4-5).

8. Defendant, Berry Bankert at all times henn Complained of Was the Chief Engineer at Hill C.C c/o Defendant Morrow States he Put a Work order in maintenance mail Box Personally on September 12, 2012, due to maintenance Delaying a Work order that Was Put in There mail Box By I Doc Staff member. Now Cause a injury due to Delaying and Responding to Work order officer Morrow Put in mail Box on September 12, 2012, Now Berry Bankert Claims Work order Was issue on 9-22-12 and 9-24-12 and Completed on 9-25-12 This do not Add up Both, I Do C. Workers as Staff members one Say Work order issue on 9-12-12 (See Ex 1) and one Say order Was issue on 9-22-12 and 9-24-12 (See Ex 4-5)

Defendant Benkert Was acting und-r color of State law and Was deliberately indifferent to a Serious living Conditions need That Cause a serious medical need, he Was made Aware By Staff on 9-12-12 Work order Was Put in his mail Box Personally But did not Complete order until after fact Plaintiff fell on 9-22-12 and order Was not completed until 9-25-12.

## Exhaustion

Plaint has exhausted all available remedies, Administratively regarding This Complaint, all grievance Were field in a timely manner and Sent to Counselors, Grievance officer's The Warden and the Administrative Review Board in Springfield Where I have not Receive a Response only any letter Stamped With inmates issue When I Wrote Requesting Status on The Grievance I mail out in time To ARB See money Paymoney Shows When Grievance#13-0286 Was mail out (See Ex A). ARB have only 6 month to Response to Grievance and if No Response Whitin 3 to 4 months Plaintiff Should Write a Letter Request Status I have (See EX B, Grievance Procedure at Step 4) I wrote a Letter on 7-10-13 and only Response have inmate issue Stamped July 18,2013 (See Ex C) also I sent Notice of filing Requesting Status on Grievance # 13-0286 Two Time (See EX D-E) Plaintiff, Grievance have Been in Springfield 14 months and ARB only have 6 months to Response. Plaintiff only have 2 years to File his Lawsuit This make his 2 years. Plaintiff follow all Procedure I have a copy of my Grievance and I Can Prove all the Step I follow to Exhaust my Remedies. (See EX A-E) Proven Facts See Records. (See EX F Still No Response) from ARB.

# Pending Law Suits

Plaintiff Darren Wilson # N95729

Maintiff have Two Claims Pending in Different Court

1. Complaint one filed in the Court of Claim State Court about Denying Plaintiff a Shower Chair and Knee Brace. Case #

Case# 12-CC0851 Case filed 2011,

2. Complant Two Filed in Federal Court 1983,

Falling in Shower Denying Shower Chair, Physical Therapy.

Case# 12-1095. Filed 2012

Both Claims Still Pending in Court

Darren Wilson

## Prayer for Relief

Where fore, Plaintiff respectfully Prays This Honorable Court

1. Grant Plaintiff a declaration that the acts and ommissions described herein Violate his rights under the Constitution and laws of the united States.

2. Declare that Defendants, Morrow, correctional officer, and Berry Bankert, Chief Engineer, K. Akpore, Warden all Defendants Works for, Illinois Department of Corrections all violated Plaintiffs Eighth amendment right against Cruel and unusual Punishment.

3. A Ward Plaintiff a Judgment for Nominal, compensatory, and Punitive damages, as allowed by Law against each defendant Jointly and severally.

4. order such additional relief as it may appear Plaintiff entitled to.

Respectfully Submitted This 8 day of April 2014

Darren Wilson
Darren Wilson Pro-Se

8

**AFFIDAVIT OF SERVICE**

I, Darren Wilson, state that I served a copy of the document to which this affidavit is attached upon each party, or, if represented by counsel, upon the attorney of record for said party(ies) by enclosing the same in a sealed envelope plainly addressed as is disclosed by the pleadings of record herein and by depositing each of such envelopes in the box designated for United States Mail at ___Hill___ Correctional Center, ___Galesburg___, Illinois, together with the appropriate request to the prison official responsible to affix fully prepaid postage thereon, on this __8__ day of ___April___ 20_14_.

_____Darren Wilson_____
Signature

**VERIFICATION OF CERTIFICATION**

I, Darren Wilson _____, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter;

2. I have read the foregoing application and have knowledge of its contents; and

3. Under penalties as provided by law pursuant to sec. 1-109 of the Code of Civil Procedure, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.

_____Darren Wilson_____
(Your signature)

Darren Wilson
PO Box 1700
Hill C.C
Galesburg IL, 61401
#N95724

ILLINOIS DEPARTMENT OF CORRECTIONS

## OFFENDER'S GRIEVANCE

| Date: 9-22-12 | Offender: (Please Print) Darren Wilson | 36 ID#: N95724 |
|---|---|---|

| Present Facility: Hill C.C. | Facility where grievance issue occurred: Hill C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] HIPAA
- [x] Disability
- [ ] Other (specify) Health + Safety

- [ ] Disciplinary Report: _____  _____
          Date of Report          Facility where issued

2 3 4 5 6 6 7 8 9 10 11 12  Staff Conduct fell in Cell

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

Brief Summary of Grievance: On 9-22-12 I feel in Cell seg# 19 do to Water and medal Coming out the floor and No light I Could not see While Coming to the door When the o/morrow Came to Pick up feed Trays. I had to hop to the Door Because the officers Takes my Cane While I am in my Cell I have nothing Else to Balance myself. I have a Disability With my Right knee don't Bend its easy for me to fall With No support of my Cane or Rells in the Cell. On 9-22-12 my Pants Leg got Cought on the medal Sticking out the floor and Then I slip and feel in the Water Coming out the floor From a Leak Behind the Wall in the Room They Work on toilet.→

Relief Requested on Back of Grievance.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Darren Wilson | N95724 | 9, 22, 12 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: 9 / 25 / 12    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: C.O. Marrow states w/reply that he completed a work order in the water problem and personally put it in maintenance dept's mailbox. He states that you havent mentioned any water problems to him since, except for that one time on 9/22/12. Lights in all cells are controlled by security staff, as are cell-call assignments. Unable to resolve at this level.

| S. Gaus  CC2 | [signature] | 10 / 1 / 12 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

### EMERGENCY REVIEW

Date Received: 10, 9, 2012    Is this determined to be of an emergency nature?  [x] Yes; expedite emergency grievance
                                                                                      [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| [signature] | 10, 9, 2012 |
|---|---|
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender                                Page 1                                DOC 0046 (Rev. 3/2005)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

I Been in this Cell Since 9-2-12 and I Complaint
over and over about the Water Coming out the floor and
No Lights and medal Sticking out the floor Still No
one did nothing about it. I told C/o morrow the
first day I Come in this cell and he Stated he Put
in a work order more the 3 time also Told
SGT. Batton and SGT. frost C/o Stuart C/o Stinser
and Both Baker Brothers all these Staff told me They
all Put in a work order Now 20 days. Later on 9-22-12
I Feel and hurt my Right Knee. I already have a
Disability with my Right Knee dont Bend. I am
Still in Risk of falling until some one Take Care
These Problems, or move me to a Better Cell
with no Water Coming out Floor. and with no
medal Sticking out Floor and a cell with a Light
So I Can See.

## For Relief Requested

Relief - I want the water work on Coming out floor
Relief - I want light Put in So I Can see its Broke
Relief - I Want the medal Sticking out work on
and Remove out the floor. feel in Cell

Relief move me to a one Man Cell So
I Can have my Cone for my Balence,
So I wont fall again I need Surport
Cell 19 is a out of order cell
Li



ILLINOIS DEPARTMENT OF CORRECTIONS
# RESPONSE TO OFFENDER'S GRIEVANCE

## Grievance Officer's Report

**Date Received:** October 5, 2012 **Date of Review:** January 22, 2013 **Grievance #** (optional): 13-0286

**Offender:** Darren Wilson **ID#:** N95724

**Nature of Grievance:** Staff Conduct - health and safety

**Facts Reviewed:** this grievance officer received this grievance on 1/22/13:

1) grievance dated 9/22/12 submitted by offender Wilson N95724 grieves that he fell in his assigned segregation cell #19 on 9/22/12 due to water and medal coming out the floor and no light and that he could not see while coming to the door when the C/O came to pick-up food trays. Offender Wilson claims that he does have a disability and that the officers take his cane while he is in his cell and that while he was moving to the door that his pants leg got caught on the medal sticking out the floor from a leak behind the wall in the room they work on toilet. Offender Wilson claims that the officer said that he put a work order in but that it has not been fixed and would like the maintenance done and would like a one man cell so that he can have his cane for his balance so that he won't fall again.

2) a counselor's response dated 10/1/12 states that C/O Morrow states in reply that he completed a work order on the water problem and personally put it in maintenance departments mailbox. C/O Morrow states that you haven't mentioned any water problems to him since, except for that one time on 9/12/12. Lights in all cells are controlled by security staff, as are celling assignments.

**Recommendation:** Based on a review of all information presented, this grievance officer recommends that this grievance be DENIED finding no evidence of staff misconduct.

Lyle Hawkinson, C L A S 11
Print Grievance Officer's Name

Grievance Officer's Signature

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

## Chief Administrative Officer's Response

**Date Received:** 1-24-13 ☒ I concur ☐ I do not concur ☐ Remand

**Comments:**

[signature]
Chief Administrative Officer's Signature

1-24-13
Date

## Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

Darren Wilson
Offender's Signature

N95724
ID#

1-24-13
Date

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Injury Report

Offender Name: _Wilson  Darren_      ID#: _N95724_

Age: _44_  Date of Birth: _8-7-1968_  Sex: _M_  Race: _Black_

Date of Injury: _9-22-12_  Time of Injury: _500_ ☐am ☒pm Location: _Seg Cell 19_

How did the injury occur? _Slipped on wet floor in cell_

Was it witnessed by staff? ☒ No  ☐ Yes *(If yes, please list names)*

**Location in facility:**

☐ LTA (gym, basketball, football, etc.)

☐ Group (therapy)

☒ Housing Unit (cell, dayroom, tv room, etc.)

☐ School (classroom, library)

☐ Kitchen

☐ Other _____

**Type of Injury:**

☐ Sports

☐ Assault

☐ Job Related

☐ Non-job Related

☐ Self-inflicted

☐ Fight

_____    _____  _9-22-12_
Signature                         Title                  Date

**(Medical Report on Reverse Side)**

Side 1

EX #2
3

Offender Name: _Wilson Darren_    ID#: _N45724_

Date of medical examination: _9-22-12_ Time: _5⁰⁰_ ☐ am ☒ pm   Physician Contacted: ☐ Yes ☒ No

S (Subjective Findings): _I slipped in my cell on some water. I_
_have an old injury to that knee. rates pain @ 7_

O (Objective Findings): ®Knee
_minimal swelling to proximal knee (patetal)_
_I disrelocation noted able to stand minimal weight_

Vitals: T _98⁴_   P _88_   R _18_   BP _132/80_   Tetanus _8/27/00 NA_
_to ® Knee has old Scare from prior Surgeries_
_Skin W/D_

A (Evaluation of Injury): _Alteration in comfort_

P (Treatment and Follow-up): _continue to take pain meds as previously_
_prescribe apply ice for 20min / hour × 12⁰_
_continue to use cane as previously issued._

Disposition of patient:
☐ Return to assignment   ☐ Housing Unit   ☐ Lay in   ☐ Infirmary   ☒ Segregation
☐ Off-site referral for treatment (Destination) ____

_R. Graham_
Print Name of Person Completing Form

_RN_
Title

_(signature)_
Signature

_9-22-12_
Date

---

**To Be Completed By Physician**

I have reviewed this report and would like to see this offender: ☐ Immediately   ☐ Next Sick Call   ☒ PRN

_KVL B. Som_
Print Physician Name

_(signature)_
Physician's Signature

_9/24/12_
Date

Side 2

Date 3-4-13

TO: Maintenance SuperViSOR, Barry Bankert

My Name is DaRRen Wilson #N95724  1-C-24cell

I wrote you a Letter on 2-1-13 about Work order issue for Seg Cell #19, from officer Morrow on 9-12-12. This officer Claim he put Work order in Maintenance mail BOX on 9-12-12 for The Problem in Seg Cell #19. But your Staff did not Come over to Work on the Cell until 9-25-12 and you Listed in my Last Letter Dates Work order was issue and Completed. you Listed Water Leak Issued on 9-22-12 and Completed on 9-25-12, and you Listed Light Problem Issued on 9-24-12 and Completed on 9-25-12. Can you Please send me a memo oR a Letter if These Dates Right Water and Light have Been issued and Completed Below.

1. Water issued on 9-22-12 and completed on 9-25-12.
2. Light Problem issued on 9-24-12 and Completed on 9-25-12
3. for Seg cell #19 work order issued and Completed September 2012.
aRe These Date Listed above Right Please State yes oR No
Respond ASAP Thank you.

Darren Wilson

E×P 5



## Illinois
### Department of
## Corrections

**Pat Quinn**
Governor

**S.A. Godinez**
Director

**Hill Correctional Center**
600 Linwood Road, P.O. Box 1327
Galesburg, IL 61401

Telephone: (309) 343-4212
TDD: (800) 526-0844

# M E M O R A N D U M

DATE:     March 5, 2013

TO:       Inmate Darren Wilson
          N95724

FROM:     Barry Bankert
          Chief Engineer

SUBJECT: Work Orders

---

I have reviewed your letter concerning work orders completed for SEG 19 during the month of September 2012.  The dates that you list are in fact accurate.


RESPONSE SUBMITTED BY: Barry Bankert (Chief Engineer)          DATE: March 5, 2013



ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____

Offender Name  DaRlen Wilson          Date  2-6-13

Pay to  Trust Fund Office          ID# N95724     Housing Unit  1-C-24

Address _____

City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of  Grievance #13-0286 Sent to ARB

☑ I hereby authorize payment of postage for the attached mail .  ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature  Darren Wilson          ID# N95724

Witness Signature _____

☐ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution:  Business Office, Offender, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)



# Inmate Grievance Procedure

### Prepared by the Uptown People's Law Center

## Quick Facts

1. Before filing a lawsuit, an inmate MUST complete the grievance process. Therefore, it is important that all prisoners with a grievance start and complete the process as soon as possible.
2. Grievances must include as much detail as possible, including specific names, dates, and facts
3. A grievance must be filed within 60 days of the incident giving rise to the complaint.
4. If an inmate does not receive a response at any stage of the process, he/she should move along to the next step in the process, including a note as to why the prior stage was not completed
5. If filing a grievance about a facility other than the one where the prisoner is currently incarcerated, the grievance can be sent directly to the ARB.
6. It's VERY important to keep notes and records of any communications with prison staff about the status of grievances.

## The Grievance Process

**Step 1:** Fill out the grievance form, including as many specific details as possible, within 60 days of the alleged incident.

**Step 2:** Bring the issues and the grievance form to the attention of the prison counselor. If the counselor is unable to resolve the issue informally, follow the remaining steps.

**Step 3:** After obtaining the counselor's signature, submit the grievance form to the prison's Grievance Officer by depositing it in the living unit mailbox or the place designated by the prison.
- IMPORTANT: Keep a copy of the grievance.
- The Grievance Officer will review the grievance and forward his/her recommendation to the Warden, who will make the final decision at the prison.
- The Warden has 2 months to respond to a grievance.

**Step 4:** If unsatisfied with the Warden's decision, appeal the decision to the Director of the Illinois Department of Corrections by sending your grievance to the Administrative Review Board (ARB) within 30 days of the Warden's decision.
- Include a copy of the Grievance Officer's report and Warden's decision with the appeal and keep a copy of all documents.
- If the grievance was rejected by the Grievance Officer/Warden as untimely, include an explanation of good cause with the appeal to the ARB detailing why the appeal was not filed in time, attach any supporting notes or documentation.
- If you do not receive a response from the Grievance Officer/Warden within 2 months, forward a copy of your grievance to the ARB stating that you did not receive a response.
- The ARB has 6 months to respond to a grievance appeal.
  - If no response is received within 3 or 4 months, write a letter to ARB inquiring into the progression of their decision.

Douglass R. Bitner   dbitner@heylroyster.com, cskaggs@heylroyster.com, sprecf@heylroyster.com

Joseph N. Rupcich   jrupcich@heylroyster.com, mhoke@heylroyster.com, sprecf@heylroyster.com

1:12-cv-01095-JBM-JAG Notice has been delivered by other means to:

Darren Wilson
N95724
HILL
CORRECTIONAL CENTER
Inmate Mail/Parcels
PO Box 1700
Galesburg, IL 61401

Inmate Issues
JUL 1 8 2013

7-10-13

1. On 2-7-13 This Grievance Was Mail to ARB Grievance Number # 13,0286 I need a Response?
Waiting on Respose → Darren Wilson

2. On 11-28-10 I mail you a Grievance about StateVan Car Accident on 1-16-09 I File My Grievance at Lawrence C.C. on 3-5-09 after the Car Accident an I Transfer out to Illinois River C.C. Then Transfer To: Hill C.C. 2010 9-29-10 Then I wrote you complaining No one never Responded to me Grievance Then ARB told me to send them a Copy of my Grievance I file at Lawrence C.C. I Sent it to ARB 2010 No one from ARB never got Back with me. I keep asking IDoc about Car Accident on 1-16-09 No one seem to know I never get A Chance to go to the Next Stage you never Let me Know Please Look into This matter. Thank you. Read ToP of Grievance AAB RESPONSE Darren

https://ecf.ilcd.circ7.dcn/cgi-bin/Dispatch.pl?465744979732911

STATE OF ILLINOIS )
                  ) SS
COUNTY OF Knox    )

## AFFIDAVIT

I, Darren Wilson #N95724 do hereby declare and affirm that the following Information within this affidavit is true and correct in substance and in facts:

### Notice of filing To ARB

On 2-6-13 I Mail My Grievance #13-0286 To ARB in Springfield in time and its have Been 7 months and I still do not have My Resense from ARB. ARB have 6 months To Resand So I Can meke To The Next Stage I Wrote 3 time asking for My Status No Response. So as of 9-6-13 I am asking for My Status on Grievance #13-0286 its Now have Been 7 months Dead line to Return Grievance #13-0286 have Pass, in Support of my Claim To Prove I Sent my Grievance #13-0286 on 2-6-13 I have a Sign Stamed Offender Authorization for Payment Was Approved on 2-7-13 and Mail out to ARB 7 months ago, Still No Response.

DATED: 9-6-13

/s/ Darren Wilson

NAME: Darren Wilson

I.D.O.C#: N95724

ADDRESS: PO BOX 1700
Galesburg IL 61401

Subscribed and sworn to before me this 6th day of September, 20 13

Notary Public

"OFFICIAL SEAL"
TRINA SUE CONNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES JUNE 26, 2017

EX
E

**STATE OF ILLINOIS** )
) SS
**COUNTY OF** )

Knox

## AFFIDAVIT

I, Darren Wilson #N95724 do hereby declare and affirm that the following Information within this affidavit is true and correct in substance and in facts:

Second Notice of filing to A.R.B. in Springfield ON Status on Grievance # 13-0286 I sent you my Grievance last year on 2-6-13 an on 9-6-13 I sent my Notice of filing and I still have not yet receive a Response on Grievance # 13-0286. Can you Please Send me my Status Please. You only have six month To Respond to my Grievance

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 12 day of February , 20 14

Darren Wilson #N95724

Affiant

EX-F

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____     Date _2-12-14_

Offender Name _Wilson_          ID# _N95724_  Housing Unit _1-C-27_

Pay to _Trust Fund_

Address _____

City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _____ _ARB inmates issue on Status_

☑ I hereby authorize payment of postage for the attached mail. ☐   I hereby request information on electronic
funds transfers to be placed in the attached mail.

Offender Signature _Darren Wilson_              ID# _N95724_

Witness Signature _____

☐ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____  2/18/2014

Postage applied in the amount of _____ dollars and _____ cents.

Distribution:  Business Office, Offender, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Eff. 1/2006 )
(Replaces DC 828)

# 3. Copies of Complaint

X  1. origional To The Court Plus Exhibits
X  1. Copy To The Clerk
X  Send 1. Stamped Copy to Plaintiff Filed
X  also motion Request To Proceed FORMa PauPERIS
X  also motion For Appointment of Counsel With Letters.

Darren Wilson

Please Return Plaintiff his Stamped Copy
So I Will Know I am file This my
only Copy. I did This Comptaint my Self The Best
Way I Could I hope The Court understand and Please
Let me Know if I did any Wrong. Thank you

# TO. The
# Clerk

# Complaint for

# Defendant ↓ /FOB

# Illinois Department of Corrections

# Motion to Stay

## Denied living Conditions
Cause Serious medical need

I did the Best I Could

4. Complaints
With Summons
TO: Following Defendants

1. TO: The Attorney General
1. To: Officer, Morrow Hill cc
1. To: Berry Bankert Chief Hill cc
1. To: K. Akpore Warden        Hill c-c

Davon Wilson

Thank you

USPS UNITED STATES POSTAGE

$ 05.49⁰
HENRY HAWK'S
APR 24 2014

0 2 1R
00020000433
MAILED FROM ZIP CODE 61401

Priority Mail
ComBasPrice

THIS CORRESPONDENCE IS
FROM AN INMATE FROM THE ILLINOIS
DEPARTMENT OF CORRECTIONS

UNITED States DisTRicT CourT
CenTRal DisTRicT of ILLinois
office of the ClerK
Room 309
FeDeRal BuilDing
100 N.E. MoNRoE
PeoRia IL, 61602

DaRReN Wilson #N95724
Po. Box 1709
Hill C.C
Galesburg IL, 61401